**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Monica Pierce,

       Plaintiff,                         Civil No. 10-3243 (RHK/SRN)

vs.                                   **DISQUALIFICATION AND**
                                        **ORDER FOR REASSIGNMENT**

GlaxoSmithKline, LLC,

       Defendant.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 2, 2010

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge